IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD JAMES BARBIERI,

    Plaintiff,

  v.

PWFG REO OWNER, LLC; PHILIP ZAMPIELLO; McGARRIGLE, KENNY & ZAMPIELLO, APC; PATRICK C. McGARRIGLE; RESIDENTIAL INVESTMENTS; and CONSUMER SOLUTIONS 3, LLC,

    Defendants.

No. C 12-05252 WHA

**ORDER TO SHOW CAUSE**

On November 9, 2012, defendants PWFG REO Owner, LLC, Philip Zampiello, McGarrigle, Kenney & Zampiello, APC (erroneously sued as McGarrigle, Kenny & Zampiello, APC), and Patrick C. McGarrigle filed motions to dismiss and to strike pro se plaintiff Ronald James Barbieri's complaint and for monetary sanctions pursuant to Rule 11 in the amount of $4,125.00. Pursuant to Local Rule 7-3(a), plaintiff's opposition or statement of non-opposition thereto was due by November 26. No response was received.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motions should not be granted. Plaintiff's response is due by **NOON ON DECEMBER 19**. This is the deadline for *receipt* by the Clerk of the Court, not the postmark deadline. If no response is received, the motions may be granted and the action may be dismissed for failure to prosecute. Defendants' reply briefs, if any, are due by **DECEMBER 26**.

**IT IS SO ORDERED.**

Dated: December 5, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE