United States District Court
For the Northern District of California

1

2

3               IN THE UNITED STATES DISTRICT COURT

4

5               FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD JAMES BARBIERI,                      No. C 12-05252 WHA

8              Plaintiff,

9      v.                                        **ORDER TO SHOW CAUSE**

10   PWFG REO OWNER, LLC; PHILIP
     ZAMPIELLO; McGARRIGLE, KENNY &
11   ZAMPIELLO, APC; PATRICK C.
     McGARRIGLE; RESIDENTIAL
12   INVESTMENTS; and CONSUMER
     SOLUTIONS 3, LLC,
13
              Defendants.
14   _____/

15

16         On November 9, 2012, defendants PWFG REO Owner, LLC, Philip Zampiello,

17   McGarrigle, Kenney & Zampiello, APC (erroneously sued as McGarrigle, Kenny & Zampiello,

18   APC), and Patrick C. McGarrigle filed motions to dismiss and to strike pro se plaintiff Ronald

19   James Barbieri's complaint and for monetary sanctions pursuant to Rule 11 in the amount of

20   $4,125.00.  Pursuant to Local Rule 7-3(a), plaintiff's opposition or statement of non-opposition

21   thereto was due by November 26.  No response was received.

22         Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the motions should not be granted.

23   Plaintiff's response is due by **NOON ON DECEMBER 19**.  This is the deadline for *receipt* by the

24   Clerk of the Court, not the postmark deadline.  If no response is received, the motions may be

25   granted and the action may be dismissed for failure to prosecute.  Defendants' reply briefs, if

26   any, are due by **DECEMBER 26**.

27         **IT IS SO ORDERED.**

28   Dated:  December 5, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE