**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BARBIERI, | No. C 12-6311 CW |
|      Plaintiff, | JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES |
|   v. | |
| STEVEN FREITAS, also known as STEVE FREITAS, in his official and private capacity; SONOMA COUNTY SHERIFF'S DEPARTMENT; KATHRYN STRALEY, in her official and private capacity; and DOES 1-15, inclusive, | |
|      Defendants. | |
| _____/ | |
| RONALD JAMES BARBIERI, | No. C 12-5252 WHA |
|      Plaintiff, | |
|   v. | |
| PWFG REO OWNER, LLC; PHILIP ZAMPIELLO; MCGARRIGLE, KENNY & ZAMPIELLO, APC; PATRICK C. MCGARRIGLE; RESIDENTIAL INVESTMENTS; and CONSUMER SOLUTIONS, LLC, | |
|      Defendants. | |
| _____/ | |

Pursuant to Civil Local Rule 3-12(c), this Court, sua sponte, refers <u>Barbieri v. Freitas</u>, Case No. 12-6311 CW, to Judge William Alsup to consider whether it is related to <u>Barbieri v. PWFG REO Owner, LLC</u>, Case No. 12-5252 WHA.

IT IS SO ORDERED.

Dated: 1/2/2013

CLAUDIA WILKEN
United States District Judge