IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JAMES BARBIERI,<br><br>    Plaintiff,<br><br>  v.<br><br>PWFG REO OWNER, LLC; PHILIP ZAMPIELLO; McGARRIGLE, KENNY & ZAMPIELLO, APC; PATRICK C. McGARRIGLE; RESIDENTIAL INVESTMENTS; and CONSUMER SOLUTIONS 3, LLC,<br><br>    Defendants.<br>                                                            / | No. C 12-05252 WHA<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By order dated January 2, 2013 (Dkt. No. 28), defendants' motion to dismiss was granted. Leave to amend was granted with respect to certain claims. Pro se plaintiff Ronald Barbieri's deadline for filing a motion for leave to file an amended complaint was January 23, 2013. That date has come and gone, and no motion has been received.

The action is hereby **DISMISSED FOR FAILURE TO PROSECUTE.** Judgment will be entered by separate order.

**IT IS SO ORDERED.**

Dated: January 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE